# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Kristine L. Seufert

### Clerk of the Court

| | |
|---|---|
| *46 East Ohio Street, Room 105*<br>*Indianapolis, Indiana*<br>*46204* | *101 Northwest MLK Boulevard*<br>*Evansville, Indiana*<br>*47708* |
| *921 Ohio Street*<br>*Terre Haute, Indiana*<br>*47807* | *121 West Spring Street*<br>*New Albany, Indiana*<br>*47150* |

November 21, 2025

United States District Court
Middle District of Florida
Office of the Clerk
2110 First Street
Fort Myers, Florida 33901

Re: BOLUFE IZQUIERDO et al v. ALLIGATOR ALCATRAZ et al
Cause Number: 1:25−cv−02385−JMS−MG

To Whom it May Concern:

Pursuant to an Order dated 11/21/2025, the above file is being transferred to the United States District Court for the Middle District of Florida. The case file has been transferred electronically to your court via CM/ECF.

Sincerely,

Kristine L. Seufert

By: s/Justin S Roof
Justin S Roof, Deputy Clerk

cc: Counsel of record